

# THE ATTORNEY GENERAL
## OF TEXAS

**AUSTIN, TEXAS 78711**

CRAWFORD C. MARTIN
ATTORNEY GENERAL

December 3, 1970

Mrs. Marjorie Taber Ogle
Executive Secretary
Board of Vocational Nurse
  Examiners
1008 Sam Houston Building
Austin, Texas 78701

Opinion No. M-738

Re: May persons such as
    military hospital corpsmen,
    who complete nursing courses
    which are not accredited
    by State Boards of Nursing,
    receive credit for such
    training or be offered
    advanced standing examina-
    tions toward a license as a
    vocational nurse, under
    Article 4528c, V.C.S.

Dear Mrs. Ogle:

        In requesting the opinion of this office, you have provided
the following information:

        "We receive numerous requests from military
hospital corpsmen, and others who completed nursing
courses in programs which were not accredited by
state boards of nursing, who desire application of
credit toward either enrollment in an approved school
of vocational nursing or for licensing examination.

        "The Vocational Nurse Act, Article 4528c of
Vernon's Civil Statutes, Section 5a, requires duration
of enrollment of not less than twelve (12) months in
an accredited school of vocational nursing for eli-
gibility for licensing examination.

        "The Board of Vocational Nurse Examiners would like
to know whether schools of vocational nursing could be
permitted to offer advanced standing examinations

(challenging courses). If successful, could credit be
applied toward fulfillment of curriculum requirements
to the extent of graduation without an actual 12
months time spent in the school? May the Board accept
such graduation for licensing examination?"

Among the requirements for admission to the license
examination is the following, from Section 5(a), Article 4528c,
Vernon's Civil Statutes:

"...and has completed an  accredited course
of not less than twelve (12) months in an accredited
school for training Vocational Nurses. An accredited
school as used herein shall mean one accredited by
the Board."

The Board of Vocational Nurse Examiners has the duty of
prescribing, surveying and accrediting courses of study for
individual schools of vocational nursing. Such curricula
must, according to statute, be based upon a twelve-month period.
We cannot say that in all cases a twelve-month curriculum
must result in a student spending precisely twelve months at
his or her studies. We view it as being perfectly possible
for an industrious and capable student to double up on courses
or laboratory work, and thus complete an entire twelve-month
curriculum in less than twelve months time, if the curriculum
offered by the school and approved by the Board is structured so as
to permit such acceleration. If a school desires to offer advanced
standing examinations to persons with some prior training, and the
Board determines that the basis upon which such examinations are
offered properly merges with the requirement for a twelve-month
curriculum, it is our view that there would be no violation of
either the letter or the spirit of the statute. The key fact is
that the individual must clearly demonstrate his educational level
in a manner sufficient to qualify him for a certificate of
graduation from the school of vocational nursing. Normal procedure
will find the great majority of students following the customary
steps in the curriculum, but we find nothing improper in permitting
particularly qualified individuals to shorten the time period
necessary for graduation.

We do not believe that the Board could properly authorize the granting of credit for course work completed at a non-accredited school of nursing, no matter what the reason for such non-accreditation may be. It is our opinion that any educational experience so acquired may be utilized only through advanced standing examinations, if such examinations are acceptable to the Board in the exercise of its sound discretion in approving individual school curricula.

The possession of a certificate of graduation from an accredit school of vocational nursing entitles an individual to admission to the licensing examination conducted by the State Board of Vocational Nurse Examiners.

## S U M M A R Y

The Board of Vocational Nurse Examiners has the power to accredit schools of vocational nursing that offer advanced standing examinations to persons who can demonstrate experience and qualification for such examinations.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Malcolm Quick
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
Robert Davis
Joe K. Longley
David Longoria
Sarah Phillips

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant